# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ALEXANDER KRIVCHENKO, as Personal Representative of the Estate of TATYANA PETROVNA KRIVCHENKO, deceased, NATALIA MASLOVA, as Personal Representative of the Estate of DMITRY VLADIMIROVICH MASLOV, deceased, IGOR OSIPOV, as the Personal Representative of the Estate of LYUBOV VICTORVNA OSIPOVA, deceased, IGOR OSIPOV, as the Personal Representative of the Estate of ANASTASIA OSIPOVA, deceased, IGOR OSIPOV, as the Personal Representative of the Estate of GREGORY IGOREVICH OSIPOV, deceased, NADEZHDA PETTAY, as the Personal Representative of the Estate of VLADIMIR LEONIDOVICH PETTAY, deceased, OLGA LOKHMATOVA, as the Personal Represenative of the Estate of FARKHAD SAMATOVICH SAMATOV, deceased, and SVETLANA SOFRINA, as the Personal Representative of the Estate of PAVEL GENNADYEVICH SOFRIN, deceased**

        Plaintiffs
vs.                                CASE NUMBER: 1:13-CV-820 (TJM)

**Clintondale Aviation, Inc.**

        Defendant

**Decision by Court.** This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the # [28] Motion for Voluntary Dismissal is DENIED, and further that the # [20] Motion for Summary Judgment is GRANTED.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 18th day of September, 2014.

DATED: September 19, 2014

Clerk of Court

s/ Joanne Bleskoski

Joanne Bleskoski
Deputy Clerk